# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **Criminal No: 06-00880-001** |
| | | *United States District Court Judge* |
| | : | Katharine S. Hayden |
| -vs.- | : | |
| DAVID GROBER, | : | **ORDER PERMITTING THE DEFENDANT DAVID GROBER TO TRAVEL TO NEW YORK** |
| *Defendant.* | : | |

**THIS MATTER** having been brought before the Court by Peter W. Till, Law Offices of Peter W. Till, and Brian J. Neary, Esq., Law Offices of Brian J. Neary, as co-counsel for the Defendant, David Grober, and the Court having considered the papers submitted by counsel and for good cause shown;

**IT IS** on this 22nd day of May, 2008;

**ORDERED** that the Defendant David Grober is hereby permitted to travel to the State of New York for purposes of attending to the disposition of details and liquidation of his late mother's estate during the weekend of May 23rd through May 27, 2008, leaving Wayne, New Jersey on Friday, May 23, 2008 and traveling to Amagansett, New York through Tuesday, May 27, 2008; and it is

**FURTHER ORDERED** that a copy of this Order be served upon all interested parties within ___/___ days from the date hereof.

*SEE ATTACHED*

Honorable Katharine S. Hayden
Judge of the United States District Court



M E M O R A N D U M

DISTRICT OF NEW JERSEY

**To:** The Honorable Katharine S. Hayden
U.S. District Judge

**cc:** Assistant United States Attorney, Shana Chen
Defense Counsel, Brian Neary

**From:** Kenneth Rowan, U.S. Pretrial Services Officer

**Re:** David Grober   Docket Number 06-880

**Date:** May 22, 2008

The above referenced defendant has requested permission to travel to Ocean Dunes Beach Hotel in the Village of Amagansett, New York from May 23-27, 2008. Pretrial Services consents to noted trip as long as Mr. Grober keeps his tracking unit on his person at all times, and that his wife (custodian), Eleanor Grober, accompany him during the trip.

Should the Court concur, then please sign below.

Thank you for your attention regarding this supervision matter.

_____
The Honorable Katharine S. Hayden
U.S. District Judge