

**U.S. Department of Justice**

United States Attorney
District of New Jersey

---

*Shana W. Chen*  
*Assistant United States Attorney*

970 Broad Street, Suite 700  
Newark, NJ 07102

(973) 645-2700  
Direct (973) 353-6095

June 20, 2008

**VIA ECF and HAND DELIVERY**
Honorable Katharine S. Hayden
United States District Judge
U.S. Post Office & Courthouse
Federal Square, Room 311
Newark, NJ 07102

      Re:  United States v. David Grober
           Criminal No. 06-880 (KSH)

Dear Judge Hayden:

      At the sentencing hearing of defendant David Grober scheduled for July 15 and July 16, 2008, the United States intends to present the testimony of a few law enforcement officers, who will be traveling to New Jersey from various parts of the country, regarding their personal investigations of the child abuse captured in some of the images and videos of child pornography that defendant David Grober transported, received, and possessed.  Such testimony is relevant to the Court's determination of the applicability of certain specific offense characteristics which were included by the United States Probation Office in the Presentence Report of Investigation but to which defendant David Grober objects.  Accordingly, it will be important to the United States for the sentencing of David Grober to proceed as scheduled on July 15 and 16, 2008.

      Respectfully,

      CHRISTOPHER J. CHRISTIE
      United States Attorney

      /s/ Shana W. Chen

      By: Shana W. Chen
      Assistant U.S. Attorney

cc:    Peter Till, Esq. (via ECF)
        Brian J. Neary (via ECF)
        Randi Martorano, Senior USPO (via electronic mail)