## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

United States of America                    Criminal No. 06-880(KSH)

        Plaintiff.

        v.                                   **O R D E R**

David Grober

        Defendant.

---

    This matter having been raised *sua sponte* by this Court during the sentencing hearing being conducted in the within matter; on July 24, 2008, the Government having presented testimony under the Crime Victims' Rights Act from the parent of two children identified as subjects in images of child pornography; during the testimony the names of the witness and the child victims having been set forth on the record; and good cause appearing,

    It is on this 30th day of July, 2008

    **ORDERED** that the transcript of the proceedings held on July 24, 2008 be redacted so that the witness and the victims are identified by their initials instead of their names.

                                      /s/ Katharine S. Hayden
                                         Katharine S. Hayden, U.S.D.J