# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
|    Plaintiff, : | Criminal No.: 06-00880-001 |
| -vs- : | |
| DAVID GROBER, : | **CASE MANAGEMENT ORDER** |
|    Defendant. : | |

The Court, the United States Attorney's Office and Counsel for the Defendant having conferred and considered a Case Management Order, now set forth is a schedule for attention to matters before the Court,

1. **Wednesday, September 24, 2008**
   9:00 a.m. - Continued trial testimony - Defendant's witness, Dr. Martinez.

2. **Thursday, September 25, 2008**
   12 noon - 4:30 – Defendant's witness, Dr. Krueger.

3. ~~Wednesday, September 24,~~ **Thurs** 2008
   Government to provide description of what matters Dr. Katz will testify about.

4. ~~Wednesday, September 24,~~ **Thurs 5** 2008
   Offer of proof by Government as to Agent Michelle Chase remaining testimony (i.e. testimony concerning Defendant's collection of child pornography compared to others she has encountered in other investigations.)

5. Defendant's Reply to Michelle Chase Offer of Proof on **Wednesday, October 1, 2008.**

6. Government's Brief in response to Defendant's witness Professor Douglas Berman testimony due on **Wednesday, October 1, 2008.**

7. Defendant's Reply Brief due on **Wednesday, October 22, 2008.**

8. **Friday, October 10, 2008**
   ~~1 p.m.~~ – Government witness, Dr. Katz.
   10 am

9. ~~Motion arguments to strike the testimony of Defense witness Professor Berman and the Government's witness Dr. Katz **(date to be established by Court).**~~

10. ~~Motion arguments **(date to be established by Court).**~~

11. ~~Decision of Court regarding Motions **(date to be established by Court).**~~

12. Final Sentencing submissions simultaneously submitted by both sides (character letters, etc.) ~~**(date to be established by Court)**~~ on Oct. 10, 2008)

13. Sentence Date ~~**(date to be established by Court)**~~ on Oct. 10, 2008).

So Ordered this 24th day of September, 2008.

_____
**HONORABLE KATHARINE HAYDEN, U.S.D.J.**

2