UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Crim. No06-880 (KSH) |
| David Grober, | |
| Defendant. | **ORDER** |

**Katharine S. Hayden, U.S.D.J.**

The government having applied for permission to re-call Special Agent Chase; and good cause appearing,

It is on this 25th day of November, 2008,

**ORDERED** that Agent Chase shall appear on Monday, December 1, 2008 at 2pm to give supplemental testimony.

Dated: 11/25/08                               /s/Katharine S. Hayden
                                              Katharine S. Hayden, U.S.D.J.

1