UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No: 06-00880-001 |
| | United States District Court Judge |
| -vs.- | Katharine S. Hayden |
| DAVID GROBER, | |
| | ORDER GRANTING EXTENSION OF TIME TO VOLUNTARILY SURRENDER TO APRIL 1, 2009 |
| Defendant. | |

**THIS MATTER** having been brought before the Court by Peter W. Till, Law Offices of Peter W. Till, and Brian J. Neary, Esq., Law Offices of Brian J. Neary, as co-counsel for the Defendant, David Grober, and the Court having considered the papers submitted by counsel and for good cause shown;

**IT IS** on this 7th day of January, 2009;

**ORDERED** that the time within which the Defendant David Grober is to voluntarily surrender to the Federal Bureau of Prisons is hereby extended until March 2, 2009; and it is

**FURTHER ORDERED** that a copy of this Order be served upon all interested parties within 2 days from the date hereof.

Honorable Katharine S. Hayden
Judge of the United States District Court