# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America

                                      CRIMINAL: 06-880(KSH)

V.

David Grober                           **O R D E R**

This matter having been opened by the Court by Defendant, by and through his attorney Peter Goldberger, Esq., for an order of bond pending appeal (D.E. 108 & 111), and the Government having filed a brief in opposition (D.E.109) to the motion, and the Court having considered the matter and having heard argument and rendered its decision for the reasons stated on the record on February 20, 2009,

It is on this 25th day of February 2009,

ORDERED that defendant's motion for bond pending appeal is DENIED.

                                                    /s/ Katharine S. Hayden
                                                  _____
                                                  Katharine S. Hayden, U.S.D.J.